CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No: 2:20-cr-00128-RSM |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER CONTINUING TRIAL DATE |
| | ) | |
| WILMER AVILA-GAMEZ, | ) | |
| Defendant. | ) | Note on Motion Calendar: March 19, 2021 |
| | ) | |
| | ) | |

Having considered the record and Mr. Avila-Gamez's motion, the Court FINDS that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(i), (iv).  The COURT, among other things, credits the defendant's assertions regarding the need for review and finalization of a potential resolution, and the challenges posed by the current COVID-19 pandemic to sustained attorney-client communication to do so.

IT IS THEREFORE ORDERED that the parties' motion to continue the trial date is GRANTED.  Trial is rescheduled for July 19, 2021.  Pretrial motions are due June 3, 2021.

IT IS FURTHER ORDERED that the time between the date of this Order and July 19, 2021, is excluded in computing the time within which trial must commence because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Failure to grant this continuance

Order Continuing Trial – 1
*United States v. Avila-Gamez*, CR20-0128 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    would likely make trial impossible and result in a miscarriage of justice, and would deny

2    counsel for the defendant and government counsel the reasonable time necessary for

3    effective preparation, as well as the real possibility of resolution of the matter and taking into

4    account the exercise of due diligence. *Id.* § (B)(i), (iv).

5         Dated this 25<u>th</u> day of March, 2021.

6

7

8

9    RICARDO S. MARTINEZ

10   CHIEF UNITED STATES DISTRICT JUDGE

11

12   Presented by:

13

14   */s/ Zach Jarvis*

15   ZACHARY JARVIS

16   Counsel for Wilmer Avila-Gamez

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970